**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Adam E. Lonergan, | Case No. 2:26-cv-01105-RFB-DJA |
| Plaintiff, | |
| v. | **Order** |
| Department of Veterans Affairs, | |
| Defendant. | |

Pro se Plaintiff Adam E. Lonergan sues Defendant Department of Veterans Affairs (the "VA"), alleging that the VA has violated the Freedom of Information Act ("FOIA"). Lonergan's complaint seeks injunctive relief in the form of an order requiring the VA to produce records in response to Lonergan's FOIA request. Lonergan alleges that he made his FOIA request after he was detained on November 21, 2025, on VA property.

The VA moves for an extension of time to respond to Lonergan's complaint. (ECF No. 12). The VA explains that its counsel requires additional time, until June 25, 2026, to review Lonergan's file, identify whether additional information is needed, coordinate with the agency, and complete the response. (*Id.*). Lonergan opposes the motion and, in the same filing, has moved for "expedited consideration," asking the Court to order the VA to immediately "release all evidence" to Lonergan, which evidence Lonergan "needs…for his criminal trial on JUNE 17, 2026" arising out of the November 21, 2025, detention. (ECF No. 13). Lonergan also moves on an emergency basis for the Court to order the VA to produce "all video evidence in the government's possession prior to the criminal trial on June 17, 2026." (ECF No. 14).

Lonergan does not cite the legal basis for the relief he requests in his emergency motions and so the Court denies those motions. (ECF Nos. 13, 14). On the other hand, the VA has shown good cause for the extension it seeks. *See* Fed. R. Civ. P. 6(b). The Court therefore grants the VA's motion. (ECF No. 12).

**IT IS THEREFORE ORDERED** that the VA's motion for extension of time (ECF No. 12) is **granted.** Its response to Lonergan's complaint is due **June 25, 2026.**

**IT IS FURTHER ORDERED** that Lonergan's emergency motions (ECF Nos. 13, 14) are **denied.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** Lonergan a copy of this order.

DATED: June 12, 2026,

_____

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE